# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

CATHERINE WASSONG                      CASE NO. 23-bk-04390-LVV
                                                             CHAPTER 13

       Debtor.
_____/

## LIMITED OBJECTION TO CONFIRMATION OF PLAN

Creditor, Click n' Close, Inc. as servicing agent for Mid America Mortgage, Inc., files its Limited Objection to Confirmation of Plan and states:

1. Creditor holds a note secured by a mortgage on the property located at 131 Airview Ave. NE, Palm Bay, Florida 32907.

2. Creditor is in the process of timely filing a Proof of Claim in the approximate amount of $281,743.72, including an estimated arrearage of $5,694.32.

3. The Debtor's Plan treats Creditor directly outside of the bankruptcy.

4. Accordingly, the underlying debt is not provided for in the bankruptcy and would be deemed non-dischargeable, pursuant to the holding in *Dukes v. Suncoast Credit Union* (*In re Dukes*), 909 F.3d 1306, 1322 (11th Cir. Dec. 6, 2018) ("So, because the [creditor's] mortgage was not 'provided for' by the plan under § 1328(a), it was not discharged.").

5. In the event the Debtor amends the Plan to provide treatment to Creditor inside the Plan, the amended Plan should conform to Creditor's Proof of Claim.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                                             */s/ Gavin N. Stewart*
                                                             Gavin N. Stewart, Esquire
                                                             Florida Bar Number 52899
                                                             P.O. Box 5703
                                                             Clearwater, FL 33758

P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 27th day of November 2023.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Catherine Wassong
131 Airview Ave. NE
Palm Bay, FL 32907

**VIA CM/ECF NOTICE**
Stephen J Biggie
Arcadier and Associates
2815 West New Haven, Ste 304
Melbourne, FL 32904

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801