**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: April 22, 2024**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:23−bk−04390−LVV
Chapter 13

Catherine Wassong

_____Debtor*_____/

### ORDER STRIKING SECOND AMENDED CHAPTER 13 PLAN

THIS CASE came on for consideration, without hearing, of the Second Amended Chapter 13 Plan filed April 19, 2024, Doc. No. 22. The Second Amended Chapter 13 Plan is deficient as follows:

>  The Amended Plan does not contain an appropriate signed and dated proof or certificate of service in compliance with Local Rule 9013−3.

.

Accordingly, it is **ORDERED:**

The Second Amended Chapter 13 Plan is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.