ORDERED.

Dated: July 17, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| ) | |
| **CATHERINE WASSONG,** ) | |
| ) | Case No. 6:23-bk-04390 |
| Debtor ) | Chapter 13 |
| ) | |

**JOINT ORDER OVERRULING**
**CREDITOR CLICK N' CLOSE MORTGAGE'S**
**LIMITED OBJECTION TO CONFIRMATION OF PLAN**

THIS CASE came on for consideration of the Limited Objection to Confirmation of Plan filed by Creditor Click n' Close, Inc. (Doc. No. 11). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

Accordingly it is **ORDERED**:

1. The Objection (Doc. No. 11) is overruled.

2. As of the date of this Order, the Debtors are contractually current; accordingly, the Debtors are permitted to treat Creditor Click n' Close Mortgage outside of the bankruptcy plan.

3. The projected escrow shortage shall be recaptured in a future payment change, pursuant to the loan documents filed with Click n' Close, Inc.'s proof of claim. (Claim #18).

4. This Order is not res judicata to Click n' Close filing any appropriate Notice of Mortgage Payment Change and/or Notice of Post Petition Fees and Costs as may be appropriate pursuant to Rule 3002.1 and/or administrative order prescribing procedures in chapter 13 cases.

5. Each quarter the Debtor shall show proof to the Trustee that mortgage is being paid.

6. Debtor's Objection (Doc. No. 16) to Creditor Click n' Close's Proof of Claim (Claim #18) is overruled as moot.

Attorney Stephen Biggie, Esq. is directed to serve a copy of this order on the interested parties who do not receive proof of service by CM/ECF and to file proof of service within three days of entry of this order.