ORDERED.

**Dated:  July 17, 2024**

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re                          ) | |
|                           ) | |
| **CATHERINE WASSONG,**    ) | |
|               ) | **Case No. 6:23-bk-04390** |
| **Debtor**           ) | **Chapter 13** |
| _____ ) | |

**JOINT ORDER OVERRULING**
**DEBTOR'S OBJECTION TO CREDITOR**
**CLICK N' CLOSE MORTGAGE'S PROOF OF CLAIM**

THIS CASE came on for consideration of the Debtor's Objection to Creditor Click n' Close, Inc. Proof of Claim.  (Doc. No. 16).  By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

Accordingly it is **ORDERED**:

1.  Debtor's Objection (Doc. No. 16) to Creditor Click n' Close's Proof of Claim (Claim #18) is overruled as moot.

Attorney Stephen Biggie, Esq. is directed to serve a copy of this order on the interested parties who do not receive proof of service by CM/ECF and to file proof of service within three days of entry of this order.